UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TIMOTHY SPENCER #189009,

      Plaintiff,                      Case No. 1:18-cv-643

v.                                  Hon. Janet T. Neff

BRENDA SIMPSON, et al.,

      Defendants.
_____/

**ORDER**

      This matter is before the Court on Plaintiff's Motion to Amend/Correct (ECF No. 83), which was filed March 30, 2020. Effective September 28, 2015, Local Rule 7.1(d) was amended to require the following: "All nondispositive motions shall be accompanied by a separately filed certificate setting forth in detail the efforts of the moving party to comply with the obligation created by this rule." W.D. Mich. LCivR 7.1(d); see Administrative Order No. 15-RL-78 (Sept. 11, 2015). The motion fails to comply with this requirement. Accordingly,

      IT IS ORDERED that Plaintiff's Motion to Amend/Correct (ECF No. 83) is DENIED without prejudice to refile.

      IT IS SO ORDERED.

Dated: March 31, 2020          /s/ Sally J. Berens
                                         SALLY J. BERENS
                                         U.S. Magistrate Judge