UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TIMOTHY SPENCER #189009,

        Plaintiff,                      Case No. 1:18–cv–643

v.                                    Hon. Janet T. Neff

BRENDA SIMPSON, et al.,

        Defendants.
_____/

## ORDER

      Plaintiff's Ex Parte Motion for Leave to File a Reply Brief (ECF No. 97) is denied without prejudice. There was no authorization or legitimate reason to file this motion with access denied to counsel for defendants.

      IT IS SO ORDERED.

Dated:  June 16, 2020                               /s/ Sally J. Berens
                                                              SALLY J. BERENS
                                                              U.S. Magistrate Judge